```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 31553
   BETTY A BILLINGSLEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5120


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/11/2005 and was confirmed 10/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 09/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
TOYOTA MOTOR CREDIT        SECURED            395.22       1551.19          395.22
TOYOTA MOTOR CREDIT        UNSECURED       NOT FILED          .00              .00
AMERICAN GENERAL FINANCE   UNSECURED          691.32          .00           691.32
CAPITAL ONE                UNSECURED          528.86          .00           528.86
CAPITAL ONE                UNSECURED          553.46          .00           553.46
ECAST SETTLEMENT CORP      UNSECURED          677.82          .00           677.82
PREMIER BANCARD CHARTER    UNSECURED          535.89          .00           535.89
AMERICAN GENERAL FINANCE   SECURED            750.00        74.20           750.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,255.20                      2,255.20
TOM VAUGHN                 TRUSTEE                                          520.88
DEBTOR REFUND              REFUND                                            10.01

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                8,544.05

PRIORITY                                               .00
SECURED                                           1,145.22
   INTEREST                                       1,625.39
UNSECURED                                         2,987.35
ADMINISTRATIVE                                    2,255.20
TRUSTEE COMPENSATION                                520.88
DEBTOR REFUND                                        10.01
                       --------------         --------------
TOTALS                 8,544.05                   8,544.05
```

                PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 31553 BETTY A BILLINGSLEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 31553 BETTY A BILLINGSLEY